# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Anne Marie Quinn and Steven Quinn,

vs

Asset Management Company, a corporation, and Peter Fine, an individual,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0363 W RBB



FILED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Joshua B. Swigart
Hyde & Swigat
411 Camino Del Rio South, Suite 301
San Diego, CA 92108

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

P. DELA CRUZ

By                          , Deputy Clerk

FEB 2 5 2008
DATE