Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
Anne Marie Quinn and Steven Quinn

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anne Marie Quinn and Steven Quinn,<br><br>            Plaintiffs,<br><br>v.<br><br>Asset Management Company, a corporation, and Peter Fine, an individual;<br><br>            Defendants. | Case No.: 08CV-0363 W RBB<br><br>**PROOF OF SERVICE** |

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770           Ref. No.       : 0303925-01
Attorney for : PLAINTIFF   Atty. File No. : 08CV0363WRBB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  : ANNE MARIE QUINN and STEVEN QUINN | | Case No.: 08CV0363WRBB |
| DEFENDANT : ASSET MANAGEMENT COMPANY, et. al. | | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served   : ASSET MANAGEMENT COMPANY, a corporation
                       AUTHORIZED AGENT FOR SERVICE: PETER FINE
   b. Person served  : PAMELA AVERY, PERSON IN CHARGE
                       (CAUC/F/5"8"/190LBS/40YRS)

4. Address where the party was served   1307 W. 6TH ST.     #108
                                        CORONA, CA 92882    (Business)

5. I served the party
   b. **by substituted service.** On March 7, 2008 at 09:13 AM I left the documents listed in item 2
      with or in the presence of   PAMELA AVERY, PERSON IN CHARGE,
                                   CAUC/F/5"8"/190LBS/40YRS
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
          of the person to be served. I informed him or her of the general nature of the papers.
      (4) a **declaration of mailing** is attached.
      (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   ASSET MANAGEMENT COMPANY, a corporation
                      AUTHORIZED AGENT FOR SERVICE: PETER FINE
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. LINDA DICKMANN                                    d. Fee for service: $87.50
   b. KNOX ATTORNEY SERVICE, INC.                       e. I am:
      2250 Fourth Avenue                                   (3) a registered California process server
      San Diego, California 92101                             (i) an independent contractor
   c. 619-233-9700                                              (ii) Registration No.: 152
                                                                (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 16, 2008          Signature:  _____
                                          LINDA DICKMANN

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770                    Ref. No.       : 0303925-01
Attorney for : PLAINTIFF        Atty. File No. : 08CV0363WRBB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : ANNE MARIE QUINN and STEVEN QUINN | Case No.: 08CV0363WRBB |
| DEFENDANT | : ASSET MANAGEMENT COMPANY, et. al. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on 03/05/08. After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party served     ASSET MANAGEMENT COMPANY, a corporation
                 AUTHORIZED AGENT FOR SERVICE: PETER FINE

Business    :    1307 W. 6TH ST. #108, CORONA CA 92882


Attempts to effect service are as follows:

03/07/08 09:13A  Attempted service-effected substitute service


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 16, 2008                    Signature: _____
                                                    LINDA DICKMANN

Jud. Coun. form, rule 982.9              **DECLARATION RE DILIGENCE**

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770          Ref. No.     : 0303925-01
Attorney for : PLAINTIFF    Atty. File No. : 08CV0363WRBB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : ANNE MARIE QUINN and STEVEN QUINN | Case No.: 08CV0363WRBB |
| DEFENDANT | : ASSET MANAGEMENT COMPANY, et. al. | **DECLARATION OF MAILING** |

RE: ASSET MANAGEMENT COMPANY, a corporation
      AUTHORIZED AGENT FOR SERVICE: PETER FINE

I am a citizen of the United States and am employed in the County of SAN DIEGO, State of California. I am over 18 years of age and not a party to this action. My business address is
**2250 FOURTH AVENUE, SAN DIEGO CA 92101**

On March 12, 2008 I served the within documents:

      SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

On the party in said action, by mailing a true copy thereof (by first-class mail, postage prepaid), enclosed in a sealed envelope at the mail collection site at my place of employment, addressed to the following:

      ASSET MANAGEMENT COMPANY, a corporation
      AUTHORIZED AGENT FOR SERVICE: PETER FINE
      1307 W. 6TH ST.      #108
      CORONA, CA 92882

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 12, 2008 at SAN DIEGO, California.

Signature: _____
                KIMBERLY FOWLER

**DECLARATION OF MAILING**

1  JOSHUA B. SWIGART, ESQ. (SBN 225557)
   **HYDE & SWIGART**
2  411 CAMINO DEL RIO SOUTH, SUITE 301
   SAN DIEGO, CA 92108
3  Phone: 619-233-7770

4  Attorney for Plaintiff, ANNE MARIE QUINN; STEVEN QUINN

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 ANNE MARIE QUINN, et al.    ) Case No.: 08CV0363WRBB
                               )
12         Plaintiffs,          ) PROOF OF SERVICE
                               )
13     vs.                      )
                               )
14 ASSET MANAGEMENT COMPANY, et al. )
                               )
15         Defendants.          )
                               )
16 _____

17     I, Linda Dickmann, declare as follows:

18     I am over the age of eighteen years and not a party to this

19 action. I am employed in the County of San Diego, California,

20 where the service occurred and my business address is 2250

21 Fourth Avenue, San Diego, CA 92101.

22     I served the following documents:

23     SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

24 //

25 //