1

## CERTIFICATE OF SERVICE

2

3  *Quinn et al v. Asset Management Company and Peter Fine*
   U.S.D.C., Southern. Dist. of Cal., No. 3:08-cv-00363-W-RBB

4

5        I, Harold Hewell, declare: that I am and was at the time of service of the papers herein
   referred to, over the age of eighteen years, and not a party to the action; and I am employed in

6  the County of San Diego, California, in which County the within-mentioned mailing occurred.
   My business mailing address is 402 W. Broadway, Fourth Floor, San Diego, California 92101. I

7  served the following document(s):

8

   •   **ANSWER BY ASSET MANAGEMENT COMPANY AND PETER FINE TO THE**
9      **COMPLAINT BY ANNE MARIE QUINN AND STEVEN QUINN,**

10 [X]   by CM/ECF electronic notification at the time of filing.

11

12 [  ]   by email transmission of the document(s) in .pdf format on March 27, 2008, to the parties
        whose email addresses are listed below. No error was reported.

13

14 [  ]   by placing a signed copy thereof in a separate envelope for each addressee named on the
        attached mailing list, addressed to each addressee respectively. I then sealed the envelope

15      and placed it for mailing in accord with my business's practice on March 27, 2008. I am
        readily familiar with my business's practice for collecting, processing and mailing

16      correspondence and pleadings. Such correspondence and pleadings are deposited on the
        same day, postage pre-paid, with the U.S. Postal Service in the ordinary course of

17      business.

18        I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct. Executed on Thursday, March 27, 2008, at San Diego, California.

19

20                     /s/ Harold M. Hewell
21                     Harold M. Hewell

22

23

24

25

26

27

28

1

**Mailing List**

2

3   **Robert Lyman Hyde**
    Hyde & Swigart
4   411 Camino Del Rio South
    Suite 301
5   San Diego, CA 92108
    (619)233-7770
6   Fax: (619)297-1022
    Email: bob@westcoastlitigation.com
7   *Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28