1  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
2  **HYDE & SWIGART**
3  411 Camino Del Rio South, Suite 301
   San Diego, CA 92108-3551
4  Telephone: (619) 233-7770
   Facsimile:  (619) 297-1022
5

6  Attorneys for Plaintiff
7  Anne Marie Quinn and Steven Quinn

8

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Anne Marie Quinn and Steven Quinn, | Case No.: 08CV-0363 W RBB |
|---|---|
| Plaintiffs, | |
| v. | **PROOF OF SERVICE: SUMMONS RETURNED UNEXECUTED** |
| Asset Management Company, a corporation, and Peter Fine, an individual; | |
| Defendants. | |

ROBERT L. HYDE, ESQ. (SBN 227183)
HYDE & SWIGART
411 CAMINO DEL RIO SOUTH, SUITE 301
SAN DIEGO CA 92108
619-233-7770          Ref. No.       : 0303925-02
Attorney for : PLAINTIFF   Atty. File No. : 08CV0363WRBB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| PLAINTIFF | : ANNE MARIE QUINN and STEVEN QUINN | Case No.: 08CV0363WRBB |
|---|---|---|
| DEFENDANT | : ASSET MANAGEMENT COMPANY, et. al. | **NOT FOUND RETURN** |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action.

I received the within process on 03/05/08:
SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

After due and diligent effort I have been unable to effect personal service on the within named

PETER FINE, an individual

at

1307 W. 6TH ST. #108, CORONA CA 92882 (Business)

Dates and times of attempts are as follows:

03/07/08 09:13A   Attempted service at the business address, subject was unknown
03/24/08 12:00P   Cancel & return- held for over 10 days no response from client.

Person serving:
LINDA DICKMANN
KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
619-233-9700

Fee for service: $85.50
Registered California Process server
Registration No.: 152
County: San Diego

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 29, 2008               Signature: _____
                                              LINDA DICKMANN