## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>QUINN</u> v. <u>ASSET MANAGEMENT CO.</u>          Case No. <u>08CV363W(RBB)</u>
                                              **Time Spent: <u>10 min</u>**

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>                Rptr.

                              Attorneys
       <u>Plaintiffs</u>                              <u>Defendants</u>

<u>Josh Swigart</u>                              <u>Harold Hewell</u>

PROCEEDINGS:   <u> X </u> In Chambers   <u>   </u> In Court   <u>   </u> Telephonic

An early neutral evaluation conference and case management conference were held.

An order to show cause was issued for Defendant's failure to appear at today's conference.

Any opposition to the order to show cause explaining why sanctions should not be imposed shall be filed by August 1, 2008.

A settlement conference and order to show cause hearing is set for August 8, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: <u>April 28, 2008</u>      IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Whalen                          INITIALS: <u>VL (mg/irc)</u> Deputy
    All Parties of Record