**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

QUINN v. ASSET MANAGEMENT CO.                    Case No. 08cv363W(RBB)
                                                 **Time Spent: 45 mins.**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
          Plaintiffs                              Defendants

Josh Swigart (present)                Harold Hewell (present)
Robert Hyde (present)


PROCEEDINGS:   x  In Chambers      ___ In Court      ___ Telephonic

A settlement conference and order to show cause hearing were held.

A settlement conference is set for January 26, 2009, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: August 8, 2008          IT IS SO ORDERED:    *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc: Judge Whalen                                   INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\QUINN0363\Minutes02.wpd